# EXHIBIT E





| | Search |

**Request a Quote**
Call: 201-934-6500 ext. 11

*The Worldwide Leader in SAN & Network Support*        

HOME    EQUIPMENT TYPE    MANUFACTURERS    SERVICES    ABOUT US    BLOG    CONTACT US

## Welcome to TeamKCI



For over thirty years TeamKCI has supplied and supported switching and connectivity products to America's largest corporations and government agencies. Over the years platforms and manufacturers have changed but the basic need to access and switch large volumes of data has grown exponentially. Across the span of three decades, from Bus & Tag to ESCON to FICON to Fibre Channel, TeamKCI has developed unique and exceptional technical competencies in SAN architecture, switching, storage, networking and connectivity.

**Let TeamKCI help you design the most cost-effective Storage Area Network solution.**

**Meet The Most Interesting SAN Architect in the World**



**Read our latest White Paper**

**12 Reasons to Choose TeamKCI Maintenance Besides Price**

To help our customers better understand the advantages of choosing TeamKCI Maintenance besides price, we've developed a short white paper.

**Get It Now!**

**Got Legacy Equipment?**
Click here to request a
**TeamKCI Maintenance Quick Quote.**

### Product Showcase
**We're Buying**



**Brocade FC8-32 Fibre Channel Port Blade**

- NetApp Filers
- ADVA FSP 3000
- Brocade DCX 8510
- Brocade 7800

As 8Gbps fibre channel has aged a shortage of 8Gbps blades has developed as customers add 8Gbps blades to "top up" their Brocade 48000 and DCX-1 directors or add full directors at now highly discounted prices

**Sell or Trade** 



Copyright © 2012, KCI. All rights reserved.    Home | Maintenance Services | Company | Contact Us | Privacy Policy |
Terms of Service |
19 Industrial Ave., Suite B •Mahwah, NJ 07430 USA •Phone: 201-934-6500 • Fax: 201-934-9195 •24 Hr Dispatch: 800-761-0939