# EXHIBIT F

Email or Phone | Password
Keep me logged in | Forgot your password? | Log In

**TeamKCI is on Facebook.**
To connect with TeamKCI, sign up for Facebook today.

Sign Up | Log In

## TeamKCI
55 likes · 1 talking about this · 2 were here

Like

**Computers/Technology**
Worldwide leader in Storage Area Network Solutions including switches, directors and channel extension.

About | Photos | 55 Likes | Map

Highlights

---

**TeamKCI** shared a link.
Tuesday

What makes for trust and reliability in a maintenance provider? The answers are found here in Team KCI's continuing series on what makes for long term satisfied customers.
The Best Server, Storage and Network Maintenance Programs. Part 3 http://ow.ly/nckI4

http://ow.ly/nckI4
ow.ly

Like · Comment · Share
  Debra Kaplove likes this.

**TeamKCI**
July 9

---

**TeamKCI**
July 10

**Most Interesting SAN Architect in the World**
The Most Interesting SAN Architect in the World is an ad campaign launched by TeamKCI that addresses industry issues in a highly amusing fashion. Issues addressed in this video are network configuration, server proliferation, virtualization... See More



Like · Comment · Share

**TeamKCI** shared a link.
July 9

http://youtu.be/d2_XCXLLAIk


EXHIBIT F

https://www.facebook.com/teamkci



Like · Comment · Share

TeamKCI shared a link.
June 20

Get the details on Brocades End-of-Life announcement for its proprietary Data Center Fabric Manager and its replacement product Brocade Network Advisor. http://ow.ly/m9aHw

> http://ow.ly/m9aHw
> ow.ly

Like · Comment · Share

TeamKCI shared a link.
June 13

Manufacturer's maintenance support for EMC ED-10000M (McData i10K) is ending soon. Do not be alarmed. TeamKCI Offers Continued Support for All i10K Directors
http://ow.ly/m0yy4


> **Important EOS Date for EMC ED-10000M | TeamKCI**
> ow.ly
>
> TeamKCI EOS Alert, June 13, 2013. The EMC ED-10000M will reach End-of-Service (EOS) on July 31, 2013. TeamKCI Offers Continued Support for All

Like · Comment · Share

TeamKCI shared a link.
June 4

It's the perfect time to be looking for Brocade 8-Gbps SAN equipment - especially Brocade DCX directors and 5100 & 5300 edge switches. http://teamkci.com/?p=1592


> http://teamkci.com/?p=1592
> teamkci.com


> **The Most Interesting SAN Architect in the World**
>
> The Most Interesting SAN Architect in the World is an ad campaign launched by TeamKCI that addresses industry

Like · Comment · Share

TeamKCI shared a link.
June 25

Selecting the best maintenance program can be a challenge. TeamKCI takes pride in the quality of service and reliability we offer our clients. There are important considerations to take into account when making the support and maintenance... See More


> http://ow.ly/mlhi8
> ow.ly

Like · Comment · Share

TeamKCI shared a link.
June 18

At Team KCI we are often asked what makes a maintenance program stand out. Why do customers rave about one maintenance plan while roiling about another?
To address that we are posting Team KCI's continuing blog series describing what makes for happy, satisfied customers; what to look for when choosing your next maintenance provider: Part 1...
http://ow.ly/m99VZ


> **The Best Server, Storage and Network Maintenance Programs. Part 1 | TeamKCI**
> ow.ly
>
> Part 1 in our series on how to choose the best server, storage and network maintenance provider from people who have been in business for over 30...

Like · Comment · Share                                    1

TeamKCI shared a link.
June 11

See why you have to think carefully about your maintenance provider. Price is always important although not the only component. Find out what you should be looking for when selecting a third party vendor. http://ow.ly/lTKcW


> http://ow.ly/lTKcW
> ow.ly

Like · Comment · Share

Like · Comment · Share

 **TeamKCI** shared a link.
April 9

End-of-Service Coming for McData i10K http://conta.cc/10Qdsnu

> **End-of-Service Coming for McData i10K**
> conta.cc

Like · Comment · Share

 **TeamKCI**
March 21

TeamKCI's latest campaign is getting noticed. http://www.techzone360.com/topics/techzone/articles/2013/03/20/331300-most-interesting-san-architect-the-world-takes-the.htm

Like · Comment

 **TeamKCI** shared a link.
February 28

Must Watch Video - Most Interesting SAN Architect in the World http://youtu.be/d2_XCXLLAlk


> **Must Watch Video - Most Interesting SAN Architect in the World**
> conta.cc

Like · Comment · Share                                              2    2

 **TeamKCI** shared a link.
January 3

IBM 2104 & 2105 2104 Shark US Maintenance Service Withdrawal http://conta.cc/Uqgiij


> **IBM 2104 & 2105 2104 Shark US Maintenance Service Withdrawal**
> conta.cc
>
> In case you missed it, IBM maintenance support for IBM 2104-DU3, 2104-TU3, 2105-750 and 2105-F20 disk storage

Like · Comment · Share

 **TeamKCI** shared a link.
November 27, 2012

9 EMC Connectrix Products to be Dropped from Maintenance in 2013 http://teamkci.com/?p=943

 **TeamKCI** shared a link.
April 25

Brocade Potpourri http://conta.cc/Zwir1b


> **Brocade Potpourri**
> conta.cc
>
> Brocade has announced End-of-Life (EOL) for its proprietary Data Center Fabric Manager (DCFM) software management product. (Brocade DCFM

Like · Comment · Share                                              1

 **TeamKCI** shared a link.
March 20

Supreme Court Ruling Will Result in Lower Prices http://conta.cc/11k6Q6t

> **Supreme Court Ruling Will Result in Lower Prices**
> conta.cc

Like · Comment · Share

 **TeamKCI** shared a link.
January 9

Brocade to End Support for McData 1620 and 2640 on January 15, 2013 http://conta.cc/10fEfPz


> **Brocade to End Support for McData 1620 and 2640 on January 15, 2013**
> conta.cc
>
> Brocade maintenance support for the McData Eclipse 1620 and 2640 Multi-

Like · Comment · Share

 **TeamKCI** shared a link.
December 27, 2012

IBM Announces US Maintenance Service Withdrawals Effective December 31, 2012 http://conta.cc/UbeOXk


> **To ensure continuous coverage contact KCI, Inc.**
> Click here to create a sub-title for your post.
>
> Effective December 31, 2012 the IBM storage, tape and switch equipment

Like · Comment · Share

 **TeamKCI** shared a link.
November 16, 2012

**Nine EMC Connectrix Products to be Dropped from Maintenance in 2013**
teamkci.com

2013 will see nine (9) EMC Connectrix products manufactured by Brocade/McData dropped from maintenance: three switches, two

extensi...

Like · Comment · Share                                                                                                  1

**TeamKCI** shared a link.
September 20, 2012

Brocade to End Support for McData 4700 on October 1, 2012
http://conta.cc/PY4xiM



**Brocade to End Support for McData 4700 on October 1, 2012**
Check out my latest campaign by Constant Contact.

Maintenance support for the mainstay McData 4700 and McData 4400 will end on Sunday,

Like · Comment · Share                                                                                                  1

**TeamKCI** shared a link.
August 27, 2012

KCI, Inc. Awarded 'Verizon 2011 Supplier Recognition' Award

Created 3/28/2012

Mahwah, NJ --(BUSINESS WIRE [1])—KCI, Inc., the global information technology connectivity company, has been awarded the coveted 'Verizon Supplier Recognition' ... See More

**KCI | TeamKCI**
www.TeamKCI.com

Brocade USDX Channel ExtenderKCI has extensive hands on experience with Brocade USDX channel extenders. We can provide continuous support for your End-of-Life (EOL)

Like · Comment · Share                                                                                                  3

In case you missed it, NetScout acquired ONPATH Technologies on November 1, 2012. http://teamkci.com/?p=934

**NetScout Acquires OnPath Technologues | TeamKCI**
teamkci.com

NetScout Acquires OnPath TechnologuesPosted on November 16, 2012 by JenniferIn case you missed it, NetScout acquired ONPATH Technologies on November 1, 2012. In a statement explaining the acquisition NetScout said it did so to "Extend (its) Next Generation

Like · Comment · Share

**TeamKCI** changed their cover photo.
August 27, 2012



Like · Comment · Share                                                                                                  1

**KCI, Inc. Celebrates 30th Anniversary**
June 2012

KCI, Inc., the global information technology connectivity company, announced that today will mark the 30th anniversary of the company's inception. The company is a strategic s... See More

Like · Comment · Share

See More Recent Stories

| bile | Find Friends | Badges | People | Pages | Places | Apps | Games | Music |
| out | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms | Help |

cebook © 2013 · English (US)