HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200
charles.weiss@hklaw.com
Federal Bar No. CW-2628
Attorneys for Plaintiff

*Cervezas Cuauhtémoc Moctezuma SA de CV*

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CERVEZAS CUAUHTÉMOC MOCTEZUMA SA DE CV, <br><br> Plaintiff, <br><br> v. <br><br> KCI, Inc. and <br> JEFFREY N. KLEIN, an individual <br><br> Defendants, | Civil Action No.: <br><br> 2: 13-cv-05044-WHW-CLW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the within matter, and all claims asserted herein, shall be and hereby is DISMISSED WITH PREJUDICE and without costs.

IT IS SO STIPULATED THIS 29th day of September 2014.

HOLLAND & KNIGHT LLP
Attorneys for Plaintiff

Cervezas Cuauhtémoc Moctezuma SA de CV

By: _____
CHARLES A. WEISS

WHITE AND WILLIAMS LLP
Attorneys for Defendants

KCI, Inc. and Jefferey N. Klein

By: _____
MICHAEL O. KASSAK

SO ORDERED /s/ William H. Walls